

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2014

No. 04-13-00331-CR

The **STATE** of Texas,
Appellant

v.

Ruben **GARZA**, Jr.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011CRJ000782-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

    The Appellee's motion for extension of time to file the brief is GRANTED IN PART. Time is extended to April 9, 2014. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court